

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2021

No. 04-21-00215-CV

Johnny **VASQUEZ**,
Appellant

v.

Sonia **SOTELLO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV00358
Honorable David J. Rodriguez, Judge Presiding

## **O R D E R**

On October 12, 2021, we ordered Appellant to show cause in writing that the clerk's record fee has been paid. Appellant complied, and the clerk's record was filed on October 25, 2021. Our October 12, 2021 order is satisfied.

The court reporter's affidavit states that no reporter's record was requested, and there is no reporter's record in this case.

Appellant's brief is due on November 24, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court